.

Bank Direct Capital Finance a
Division of Texas Capital Bank NA
Two Conway Park, 150 N Field Dr 190
Lake Forest, IL 60045


Blitt & Gaines PC
661 Glenn Avenue
Wheeling, IL 60090


Capital One
PO Box 30281
Salt Lake City, UT 84130


Capital One
PO Box 30281
Salt Lake City, UT 84130


Capital One Bank USA NA
PO Box 30281
Salt Lake City, UT 84130


CHASE CARD
PO BOX 15298
Wilmington, DE 19850


Chrysler Capital
P. O. Box 961275
Fort Worth, TX 76161


Citicard CBNA
PO Box 6241
Sioux Falls, SD 57117


Comenity Capital Bank / Game
PO Box 182120
Columbus, OH 43218


Discover Financial Services LLC
PO Box 15316
Wilmington, DE 19850-5316


Franklin Collection System
2978 W. Jackson Street
Tupelo, MS 38803

JH Portfolion Debt Equity
5757 Phantom Drive Suite 225
Hazelwood, MO 63042


KIA Motors Finance
PO Box 20835
Fountain Valley, CA 92728


Sears/CBNa
PO Box 6282
Sioux Falls, SD 57117


Sears/CBNa
PO Box 6282
Sioux Falls, SD 57117


SYNCB Amazon PLCC
PO Box 965015
Orlando, FL 32896-5015


TBS Factoring Service
PO Box 18109
Oklahoma City, OK 73154


US Department of Education/GL
2401 International
PO Box 7859
Madison, WI 53704


Verizon Wireless
PO Box 26055
Minneapolis, MN 55426