**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Marcel Kalinovic** | | Social Security number or ITIN   **xxx–xx–6658** |
| | First Name   Middle Name   Last Name | | EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN  _ _ _ _ |
| | | | EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Northern District of Illinois** | | | Date case filed for chapter  **7   12/3/17** |
| Case number:   **17–35973** | | | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline        12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Marcel Kalinovic | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 140 Golf View Drive<br>Melrose Park, IL 60164 | | |
| 4. | **Debtor's attorney**<br>Name and address | Lillian G Gonzalez<br>Gonzalez Law Office, LTD.<br>8553 W. Ogden<br>Unit 2<br>Lyons, IL 60534 | | Contact phone (847) – 775–0456<br>Email: lilliangonzesq@aol.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Catherine L. Steege ESQ<br>Jenner & Block<br>353 N. Clark Street<br>Chicago, IL 60654 | | Contact phone 312–222–9350<br>Email: csteege@jenner.com |

For more information, see page 2 >

Debtor  **Marcel Kalinovic**                                    Case number **17–35973**

---

**6. Bankruptcy clerk's office**

Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov.

Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604

Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays.

Contact phone 1–866–222–8029

Date: 12/4/17

---

**7. Meeting of creditors**

Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so.

**January 11, 2018 at 01:00 PM**

The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.

**Debtors must bring a picture ID and proof of their Social Security Number.**

Location:

**219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604**

---

**8. Presumption of abuse**

If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances.

The presumption of abuse does not arise.

---

**9. Deadlines**

The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines.

**File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**

**You must file a complaint:**
- if you assert that the debtor is not entitled to receive a discharge of any of debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or

- if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).

**You must file a motion:**
- if you assert that the discharge should be denied under § 727(a)(8) or (9).

**Filing deadline: 3/12/18**

**Deadline to object to exemptions:**
The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection.

**Filing deadline:** 30 days after the *conclusion* of the meeting of creditors

---

**10. Proof of claim**

Please do not file a proof of claim unless you receive a notice to do so.

No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline.

---

**11. Creditors with a foreign address**

If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case.

---

**12. Exempt property**

The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9.

---

United States Bankruptcy Court
Northern District of Illinois

In re:                                                         Case No. 17-35973-TAB
Marcel Kalinovic                                              Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: cmendozal        Page 1 of 1          Date Rcvd: Dec 04, 2017
                               Form ID: 309A          Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 06, 2017.
db          +Marcel Kalinovic,    140 Golf View Drive,    Melrose Park, IL 60164-1615
26254863     Bank Direct Capital Finance a,    Division of Texas Capital Bank NA,
             Two Conway Park, 150 N Field Dr 190,    Lake Forest, IL 60045
26254873    +Franklin Collection System,    2978 W. Jackson Street,    Tupelo, MS 38801-6731
26254874    +JH Portfolion Debt Equity,    5757 Phantom Drive Suite 225,    Hazelwood, MO 63042-2429
26254875    +KIA Motors Finance,    PO Box 20835,    Fountain Valley, CA 92728-0835
26254878    +TBS Factoring Service,    PO Box 1809,    Oklahoma City, OK 73154-0109
26254879    +US Department of Education/GL,    2401 International,    PO Box 7859,    Madison, WI 53707-7859

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty          E-mail/Text: lilliangonzesq@aol.com Dec 05 2017 00:59:44    Lillian G Gonzalez,
             Gonzalez Law Office, LTD.,    8553 W. Ogden,    Unit 2,    Lyons, IL 60534
tr          +EDI: QCLSTEEGE.COM Dec 05 2017 00:38:00    Catherine L. Steege, ESQ,    Jenner & Block,
             353 N. Clark Street,    Chicago, IL 60654-5474
26254864    +E-mail/Text: bk@blittandgaines.com Dec 05 2017 01:00:21    Blitt & Gaines PC,
             661 Glenn Avenue,    Wheeling, IL 60090-6017
26254868    +EDI: CHASE.COM Dec 05 2017 00:38:00    CHASE CARD,    PO BOX 15298,    Wilmington, DE 19850-5298
26254865    +EDI: CAPITALONE.COM Dec 05 2017 00:38:00    Capital One,    PO Box 30281,
             Salt Lake City, UT 84130-0281
26254867    +EDI: CAPITALONE.COM Dec 05 2017 00:38:00    Capital One Bank USA NA,    PO Box 30281,
             Salt Lake City, UT 84130-0281
26254869    +EDI: CHRM.COM Dec 05 2017 00:38:00    Chrysler Capital,    P. O. Box 961275,
             Fort Worth, TX 76161-0275
26254870    +EDI: CITICORP.COM Dec 05 2017 00:38:00    Citicard CBNA,    PO Box 6241,
             Sioux Falls, SD 57117-6241
26254871    +EDI: WFNNB.COM Dec 05 2017 00:38:00    Comenity Capital Bank / Game,    PO Box 182120,
             Columbus, OH 43218-2120
26254872     EDI: DISCOVER.COM Dec 05 2017 00:38:00    Discover Financial Services LLC,    PO Box 15316,
             Wilmington, DE 19850-5316
26254877     EDI: RMSC.COM Dec 05 2017 00:38:00    SYNCB Amazon PLCC,    PO Box 965015,
             Orlando, FL 32896-5015
26254876    +EDI: SEARS.COM Dec 05 2017 00:38:00    Sears/CBNa,    PO Box 6282,    Sioux Falls, SD 57117-6282
26254880    +EDI: VERIZONWIRE.COM Dec 05 2017 00:38:00    Verizon Wireless,    PO Box 26055,
             Minneapolis, MN 55426-0055
                                                                         TOTAL: 13

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
26254866*    +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
                                                                         TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 06, 2017                        Signature:  /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 4, 2017 at the address(es) listed below:
          Catherine L. Steege, ESQ  csteege@jenner.com,  csteege@ecf.epiqsystems.com
          Lillian G Gonzalez    on behalf of Debtor 1 Marcel  Kalinovic lilliangonzesq@aol.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                         TOTAL: 3