**United States Bankruptcy Court**
**Northern District of Illinois**

In Re: Marcel Kalinovic

Case No. 17-35973
Chapter 7

## ORDER

The Court has reviewed the Motion to Redact personal information filed by Marcel Kalinovic. Accordingly,

**IT IS SO ORDERED** that the Motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk is directed to substitute the proposed redacted Petition for the one currently in the record.

Entered: 6 DEC 2017

Judge: _[signature]_ AH