Certificate Number: 14912-ILN-DE-030328900

Bankruptcy Case Number: 17-35973



14912-ILN-DE-030328900

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 19, 2017</u>, at <u>5:48</u> o'clock <u>PM EST</u>, <u>Marcel Kalinovic</u> completed a course on personal financial management given <u>by internet</u> by <u>001 Debtoredu LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Northern District of Illinois</u>.

Date: <u>December 19, 2017</u>

By: <u>/s/Jai Bhatt</u>

Name: <u>Jai Bhatt</u>

Title: <u>Counselor</u>