**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Marcel Kalinovic** | Social Security number or ITIN **xxx−xx−6658** |
| | First Name   Middle Name   Last Name | EIN _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN _ _ _ _ |
| | | EIN _ _−_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Northern District of Illinois**

Case number:   **17−35973**

# Order of Discharge            12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Marcel Kalinovic

May 14, 2018                                  **For the court:**   Jeffrey P. Allsteadt, Clerk
                                                                  United States Bankruptcy Court

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                        **Order of Discharge**                        page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                         United States Bankruptcy Court
                         Northern District of Illinois

In re:                                                        Case No. 17-35973-TAB
Marcel Kalinovic                                              Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1        User: admin              Page 1 of 1        Date Rcvd: May 14, 2018
                            Form ID: 318             Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 16, 2018.
db           +Marcel Kalinovic,   140 Golf View Drive,   Melrose Park, IL 60164-1615
26254863      Bank Direct Capital Finance a,   Division of Texas Capital Bank NA,
               Two Conway Park, 150 N Field Dr 190,   Lake Forest, IL 60045
26254873     +Franklin Collection System,   2978 W. Jackson Street,   Tupelo, MS 38801-6731
26254874     +JH Portfolion Debt Equity,   5757 Phantom Drive Suite 225,   Hazelwood, MO 63042-2429
26254875     +KIA Motors Finance,   PO Box 20835,   Fountain Valley, CA 92728-0835
26254878     +TBS Factoring Service,   PO Box 18109,   Oklahoma City, OK 73154-0109
26254879     +US Department of Education/GL,   2401 International,   PO Box 7859,   Madison, WI 53707-7859

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +EDI: QCLSTEEGE.COM May 15 2018 04:13:00    Catherine L. Steege, ESQ,   Jenner & Block,
               353 N. Clark Street,   Chicago, IL 60654-5474
26254864     +E-mail/Text: bk@blittandgaines.com May 15 2018 00:32:37    Blitt & Gaines PC,
               661 Glenn Avenue,   Wheeling, IL 60090-6017
26254868     +EDI: CHASE.COM May 15 2018 04:13:00    CHASE CARD,   PO BOX 15298,   Wilmington, DE 19850-5298
26254865     +EDI: CAPITALONE.COM May 15 2018 04:13:00    Capital One,   PO Box 30281,
               Salt Lake City, UT 84130-0281
26254867     +EDI: CAPITALONE.COM May 15 2018 04:13:00    Capital One Bank USA NA,   PO Box 30281,
               Salt Lake City, UT 84130-0281
26254869     +EDI: CHRM.COM May 15 2018 04:13:00    Chrysler Capital,   P. O. Box 961275,
               Fort Worth, TX 76161-0275
26254870     +EDI: CITICORP.COM May 15 2018 04:13:00    Citicard CBNA,   PO Box 6241,
               Sioux Falls, SD 57117-6241
26254871     +EDI: WFNNB.COM May 15 2018 04:13:00    Comenity Capital Bank / Game,   PO Box 182120,
               Columbus, OH 43218-2120
26254872      EDI: DISCOVER.COM May 15 2018 04:13:00    Discover Financial Services LLC,   PO Box 15316,
               Wilmington, DE 19850-5316
26254877      EDI: RMSC.COM May 15 2018 04:13:00    SYNCB Amazon PLCC,   PO Box 965015,
               Orlando, FL 32896-5015
26254876     +EDI: SEARS.COM May 15 2018 04:13:00    Sears/CBNa,   PO Box 6282,   Sioux Falls, SD 57117-6282
26254880     +EDI: VERIZONCOMB.COM May 15 2018 04:13:00    Verizon Wireless,   PO Box 26055,
               Minneapolis, MN 55426-0055
                                                                                            TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
26254866*    +Capital One,   PO Box 30281,   Salt Lake City, UT 84130-0281
                                                                                 TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 16, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2018 at the address(es) listed below:
         Catherine L. Steege, ESQ    csteege@jenner.com,    csteege@ecf.epiqsystems.com
         Kimberly  Bacher    on behalf of U.S. Trustee Patrick S Layng Kimberly.Bacher@usdoj.gov,
          kimberlyabacher@hotmail.com
         Lillian G Gonzalez    on behalf of Debtor 1 Marcel  Kalinovic lilliangonzesq@aol.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                            TOTAL: 4
```